| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 088390) |
|   | Jody M. Taliaferro, Esq (SBN 252453) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 | |
|   | Attorneys for Defendants, |
| 6 | BRUSCO TUG & BARGE, INC. |
|   | and tug WOODROW BRUSCO |
| 7 | |
|   | Hoagland, Longo, Moran, Dunst & Doukas, LLP |
| 8 | John F. Meadows  (SBN 023050) |
|   | 333 Pine St., 5th Floor |
| 9 | San Francisco, CA  94104 |
|   | Tel: (415)781-7050 Ext .5526 |
| 10 | Fax: (415)421-5658 |
| 11 | Attorneys for Plaintiff, |
|   | Deckhands Supply, LLC |
| 12 | |

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DECKHANDS' SUPPLY, LLC, | ) | Case No.: 09-cv-04383-JCS |
|  | ) | |
|            Plaintiff, | ) | **STIPULATION AND** |
| v. | ) | **(~~PROPOSED~~) ORDER TO** |
|  | ) | **CONTINUE THE MEDIATION** |
| BRUSCO TUG & BARGE, INC., in personam, and tug WOODROW BRUSCO, in rem, | ) | **CUTOFF DATE** |
|  | ) | **Action Filed:** September 17, 2009 |
|            Defendants. | ) | |
| _____ | ) | |

      WHEREAS the parties hereto, respectively Plaintiff Deckhands' Supply, LLC, and Defendant Brusco Tug & Barge, Inc., through their respective attorneys, have agreed to submit to mediation in accordance with this Court's Alternate Dispute Resolution Program but have nevertheless been attempting in good faith to settle this case, including having a meeting with their experts and with Deckhands' principal in attendance during which proof

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Dexkhands

-1-                                                                                         Case No.:  09-cv-04383-JCS
STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE MEDIATION DEADLINE

1 was offered as to the extent of the loss of profits incurred by Plaintiff.   In addition, the
2 parties have now spoken with Howard Herman, Director of the Alternate
3 Dispute Resolution Program, and have agreed to exchange the necessary economic
4 information and have further agreed to engage in direct negotiations prior to an additional
5 mediation session.  This will allow time for the plaintiff to produce to the defendant
6 documents in support of the plaintiff's claims for economic damages.

7       WHEREAS the parties wish to continue their settlement discussions by themselves
8 but, if they appear not to be succeeding, to ask Howard Herman, to intervene and act as
9 mediator, and  WHEREAS Mr. Herman has agreed to act as mediator in this event, now
10 therefore,

11       IT IS STIPULATED by and between the parties, through their counsel, that
12 the final date for mediation, Monday, March 22, 2010, be extended to Friday, April 23,
13 2010.  The parties also stipulate that they shall, at 2 PM on March 29, 2010, confer with Mr.
14 Herman by telephone to report their progress in the settlement negotiations.

Dated:  March 5, 2010                    Hoagland, Longo, Moran, Dunst & Doukas

                                         By_____/S/_____
                                              John F. Meadows
                                         By_____/S/_____
                                              Leopoldo J. Chanco
                                         Attorneys for Deckhands' Supply, LLC


Dated:  March 5, 2010                    Cox, Wooton, Griffin, Hansen & Poulos, LLP
                                         By_____/S/_____
                                              Richard C. Wooton
                                         Attorneys for Brusco Tug & Barge, Inc.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Dexkhands

-2-                                                        Case No.: 09-cv-04383-JCS
STIPULATION AND (PROPOSED) ORDER TO CONTINUE MEDIATION DEADLINE

## **ORDER**

The COURT, having read and considered the stipulation of counsel to continue the last day to mediate, and good cause appearing therefore, it is therefore ordered that the Mediation Deadline in this matter be continued to <u>April 23</u>, 2010.

**IT IS SO ORDERED.**

**Dated:** <u>March 10, 2010</u>

**By:** _/s/ Jeffrey S. White_
**Hon. Jeffrey S. White**

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Dexkhands