**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 088390)
Jody M. Taliaferro, Esq (SBN 252453)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants,
BRUSCO TUG & BARGE, INC.
and tug WOODROW BRUSCO

Hoagland, Longo, Moran, Dunst & Doukas, LLP
John F. Meadows (SBN 023050)
333 Pine St., 5th Floor
San Francisco, CA 94104
Tel: (415)781-7050 Ext .5526
Fax: (415)421-5658

Attorneys for Plaintiff,
Deckhands Supply, LLC

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKHANDS' SUPPLY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BRUSCO TUG & BARGE, INC., in personam, and tug WOODROW BRUSCO, in rem, <br><br> Defendants. | Case No.: 09-cv-04383-JCS <br><br> **STIPULATION AND (PROPOSED) ORDER TO CONTINUE THE MEDIATION CUTOFF DATE** <br><br> Action Filed: September 17, 2009 |

WHEREAS the parties hereto, respectively Plaintiff Deckhands' Supply, LLC, and Defendant Brusco Tug & Barge, Inc., through their respective attorneys, have agreed to submit to mediation in accordance with this Court's Alternate Dispute Resolution Program but have nevertheless been attempting in good faith to settle this case, including having a meeting with their experts and with Deckhands' principal in attendance during which proof

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Dexkhands

-1-     Case No.: 09-cv-04383-JCS
STIPULATION AND (PROPOSED) ORDER TO CONTINUE MEDIATION DEADLINE

was offered as to the extent of the loss of profits incurred by Plaintiff.  In addition, the parties have now spoken with Howard Herman, Director of the Alternate Dispute Resolution Program, and have agreed to exchange the necessary economic information and have further agreed to engage in direct negotiations prior to an additional mediation session.  This will allow time for the plaintiff to produce to the defendant documents in support of the plaintiff's claims for economic damages.

WHEREAS the parties wish to continue their settlement discussions by themselves but, if they appear not to be succeeding, to ask Howard Herman, to intervene and act as mediator, and WHEREAS Mr. Herman has agreed to act as mediator in this event, now therefore,

IT IS STIPULATED by and between the parties, through their counsel, that the final date for mediation, Monday, March 22, 2010, be extended to Friday, April 23, 2010.  The parties also stipulate that they shall, at 2 PM on March 29, 2010, confer with Mr. Herman by telephone to report their progress in the settlement negotiations.

Dated:  March 5, 2010        Hoagland, Longo, Moran, Dunst & Doukas

By_____/S/_____
John F. Meadows
By_____/S/_____
Leopoldo J. Chanco
Attorneys for Deckhands' Supply, LLC

Dated:  March 5, 2010        Cox, Wooton, Griffin, Hansen & Poulos, LLP
By_____/S/_____
Richard C. Wooton
Attorneys for Brusco Tug & Barge, Inc.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Dexkhands

## **ORDER**

The COURT, having read and considered the stipulation of counsel to continue the last day to mediate, and good cause appearing therefore, it is therefore ordered that the Mediation Deadline in this matter be continued to <u>April 23</u>, 2010.

**IT IS SO ORDERED.**

**Dated:** <u>March 10, 2010</u>

**By:** *[signature: Jeffrey S White]*
Hon. Jeffrey S. White

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Dexkhands