| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
|   | **HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 088390) |
|   | Jody M. Taliaferro, Esq (SBN 252453) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 | |
|   | Attorneys for Defendants, |
| 6 | BRUSCO TUG & BARGE, INC. |
|   | and tug WOODROW BRUSCO |
| 7 | |
|   | Hoagland, Longo, Moran, Dunst & Doukas, LLP |
| 8 | John F. Meadows (SBN 023050) |
|   | 333 Pine St., 5th Floor |
| 9 | San Francisco, CA 94104 |
|   | Tel: (415)781-7050 Ext .5526 |
| 10 | Fax: (415)421-5658 |
| 11 | Attorneys for Plaintiff, |
|   | Deckhands Supply, LLC |

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DECKHANDS' SUPPLY, LLC, | ) | Case No.: 09-cv-04383-JSW |
| | ) | |
| Plaintiff, | ) | **AMENDED JOINT STIPULATION AND (PROPOSED) ORDER TO CONTINUE THE MEDIATION CUTOFF DATE** |
| v. | ) | |
| | ) | |
| BRUSCO TUG & BARGE, INC., in personam, and tug WOODROW BRUSCO, in rem, | ) | |
| | ) | |
| | ) | **Action Filed:** September 17, 2009 |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

WHEREAS the parties hereto, respectively Plaintiff Deckhands' Supply, LLC, and Defendant Brusco Tug & Barge, Inc., through their respective attorneys, have agreed to submit to a formal mediation in accordance with this Court's Alternate Dispute Resolution Program, the parties have spoken with Howard Herman, Director of the Alternate

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Dexhands

-1- Case No.: 09-cv-04383-JCS
STIPULATION AND (PROPOSED) ORDER TO CONTINUE MEDIATION DEADLINE

Dispute Resolution Program, on two occasions, have exchanged information and analysis regarding the plaintiff's economic loss claim, and have further agreed to participate in a formal mediation on May 18, 2010.

    WHEREAS Mr. Herman has agreed to act as mediator in this event, and has had himself appointed officially as the mediator for this case,

    IT IS STIPULATED by and between the parties, through their counsel, that the final date for mediation, Friday April 23, 2010, be extended to Friday June 4, 2010. The parties also stipulate that they will attend mediation on May 18, 2010 before Mr. Herman.

Dated: April 23, 2010    Hoagland, Longo, Moran, Dunst & Doukas

By_____/s/_____
    John F. Meadows
Attorneys for Deckhands' Supply, LLC

Dated: April 23, 2010    Cox, Wooton, Griffin, Hansen & Poulos, LLP
By_____/s/_____
    Richard C. Wooton
 Attorneys for Brusco Tug & Barge, Inc.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Dexkhands

**ORDER**

The COURT, having read and considered the stipulation of counsel to continue the last day to mediate, and good cause appearing therefore, it is therefore ordered that the Mediation Deadline in this matter be continued to June 4, 2010.

**IT IS SO ORDERED.**

**Dated:** April 26, 2010

By: _Jeffrey S. White_
**Hon. Jeffrey S. White**

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

NAV.Dexkhands