**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DECKHANDS' SUPPLY,

    Plaintiff,

v.

BRUSCO TUG & BARGE, INC.,

    Defendant.

No. C 09-04383 JSW

**ORDER RE SETTLEMENT**

The Court has been advised that this matter has settled. Accordingly, all pending dates and deadlines are HEREBY VACATED, and the parties are HEREBY ORDERED to submit a joint status report by June 11, 2010, advising the Court when they expect the dismissal to be filed.

**IT IS SO ORDERED.**

Dated: June 2, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE