COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 088390)
Jody M. Taliaferro (SBN 252453)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Defendants
BRUSCO TUG & BARGE, INC.
and tug WOODROW BRUSCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DECKHANDS' SUPPLY, LLC, | ) | Case No.: 09-cv-4383-JSW |
| Plaintiff, | ) ) | **STIPULATION OF DISMISSAL** |
| v. | ) ) | **AND ORDER THEREON** |
| BRUSCO TUG & BARGE, INC., in personam, and tug WOODROW BRUSCO, in rem, | ) ) ) ) | Action Filed: September 17, 2009 |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above – captioned action be and hereby is dismissed with prejudice pursuant to FRCE 41(a)(1).

Dated: June 18, 2010        HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP

By: /s/
Attorney for Plaintiff

Dated: June 18, 2010        COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

By: /s/ Richard C. Wootton
Attorney for Defendant

IT IS SO ORDERED
Judge Jeffrey S. White

Dated: June 22, 2010

STIPULATION OF DISMISSAL        -1-        Case No.: 09-cv-04383-JSW